**Abatement Order filed August 18, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00342-CR
_____

**JOHN  WAYNE  BATES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 212th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 90-CR-0288**

## ABATEMENT ORDER

Appellant is not represented by counsel on appeal. Appellant has requested appointment of counsel. Appellant is appealing from the denial of his motion for DNA testing. Appellant is not entitled to appointed counsel unless reasonable grounds exist for the filing of the motion for post-conviction DNA testing. *See Ex parte Gutierrez*, 337 S.W.3d 883, 891–92 (Tex. Crim. App. 2011). The clerk's record filed with this court does not reflect whether the trial court has made a finding

with regard to whether reasonable grounds exist for the filing of appellant's motion. Accordingly, we enter the following order.

We ORDER the judge of the 212th District Court to determine whether reasonable grounds exist for the filing of the motion for post-conviction DNA testing, and, if so, whether appellant is indigent and, thus entitled to appointed counsel. The judge shall appoint appellate counsel for appellant, if necessary. The judge shall make a finding as to whether reasonable grounds exist for the filing of appellant's motion. The judge shall direct the trial court clerk to record that finding in a supplemental clerk's record, and file that record with the clerk of this court within **30 days** of the date of this order.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel Consists of Justices Spain, Hassan, and Poissant.